UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 11 |
| DAVID W. BERRY, SR. | ) | CASE NO. 09-31231 HJB |
| | ) | |
| DEBTOR(S) | ) | |

## MOTION TO APPROVE STIPULATION AND ORDER

Ford Motor Credit Company LLC formerly Ford Motor Credit Company requests that the Court Approve the Stipulation and Order for Adequate Protection Payments with regard to Ford Motor Credit Company LLC's Amended Motion for Relief from Stay entered into with the debtors.

Dated at Bloomfield, Connecticut on September 21, 2009.

MOVANT
Ford Motor Credit Company LLC formerly Ford
Motor Credit Company

By /s/ Mitchell J. Levine
  Mitchell J. Levine
  Law Offices of Nair & Levin, P.C.
  707 Bloomfield Avenue
  Bloomfield, CT 06002
  BBO No. 638576
  Telephone No. (860) 242-7585
  mlevine@nairlevin.com

*Handwritten annotation (left margin):* 9/22/09 The underlying stipulation shall be held for objections; the hearing of 9/23/09 is cancelled. [signed] /s/ Henry J. Boroff

*Handwritten annotation (bottom right):* 5∂

# CERTIFICATE OF NOTICE

```
District/off: 0101-3          User: pf                Page 1 of 1              Date Rcvd: Sep 22, 2009
Case: 09-31231                Form ID: pdf012         Total Noticed: 1

The following entities were noticed by first class mail on Sep 24, 2009.
db           +David W Berry, Sr.,   106 Coes Hill Road,   Southwick, MA 01077-9771

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 24, 2009**                    **Signature:** _Joseph Speetjens_