UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| David W. Berry, Sr. ) | Case No.: 09-31231 |
| *d/b/a* ) | |
| Berry Construction ) | |
| *d/b/a* ) | |
| Berry Transportation ) | |
| ) | |
| Debtor ) | |
| ) | |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

At Springfield, in the Western District of Massachusetts, having come on to be heard before this Court, and after notice to all parties, it is hereby

ORDERED AND DECREED that the motion of MCMUSA, LLC for relief from the automatic stay is granted; it if further,

ORDERED that The Civil Action: <u>Alliance Imaging Inc. v. MCMUSA, LLC f/k/a MCMUSA, Inc. v. David W. Berry d/b/a Berry Construction, Newbury Design Services, Inc. and Ambient Engineering, Inc.</u>,. C.A. NO.: 08-0836C now pending in the Middlesex County Superior Court. (the "Civil Action"), may proceed, including MCMUSA, LLC's third-party claims against David W. Berry d/b/a Berry Construction to the extent that David W. Berry d/b/a Berry Construction has applicable insurance coverage.

SO ORDERED.

Dated: November 20, 2009

_____
Hon. Henry J. Boroff
United States Bankruptcy Judge