# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** David W Berry        **Case Number:** 09-31231      **Ch:** 11

**MOVANT/APPLICANT/PARTIES:**

#70 Motion of Bank of America for Relief from Stay (re: 2003 Sea Ray Sundancer)

**OUTCOME:**

_____Granted_____Denied_____Approved_____ Sustained

_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled

_____OSC enforced/released

✓___Continued to: _____JANUARY 7, 2010_____ For: 11:00AM IN SPRINGFIELD_____

_____Formal order/stipulation to be submitted by:_____Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____

_____Fees allowed in the amount of: $_____Expenses of: $_____

_____No appearance/response by:_____

_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

IT IS SO NOTED:

_____
Courtroom Deputy

IT IS SO ORDERED:

_____ Dated: 12/17/2009
Henry J. Boroff, U.S. Bankruptcy Judge