# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** David W Berry　　　　　　　　　　　　　**Case Number:** 09-31231　　　　**Ch:** 11

**MOVANT/APPLICANT/PARTIES:**

#78 Motion of Chase Home Finance, LLC for Relief from Stay (re: 69 Will Palmer Road, Southwick, MA)

**OUTCOME:**

\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
✓ Continued to: JANUARY 7, 2010　　For: 11:00AM IN SPRINGFIELD
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
　　　　　　　　　　　　Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
\_\_\_\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

IT IS SO NOTED:　　　　　　　　　　　　　　　IT IS SO ORDERED:

　　　　　　　　　　　　　　　　　　　　　　　*Henry Jack Boroff*　　　　　Dated: 12/17/2009
_____　　　　　　　　　　_____
Courtroom Deputy　　　　　　　　　　　　　　Henry J. Boroff, U.S. Bankruptcy Judge