# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** David W Berry    **Case Number:** 09-31231    **Ch:** 11

**MOVANT/APPLICANT/PARTIES:**

#81 Motion of Colonial Pacific Leasing Corporation for Relief from Stay (re: 2 Bobcat Loaders)

**OUTCOME:**

_____ Granted _____ Denied _____ Approved _____ Sustained
_____ Denied _____ Denied without prejudice _____ Withdrawn in open court _____ Overruled
_____ OSC enforced/released
✓ Continued to: JANUARY 7, 2010    For: 11:00AM IN SPRINGFIELD
_____ Formal order/stipulation to be submitted by: _____ Date due: _____
_____ Findings and conclusions dictated at close of hearing incorporated by reference
_____ Taken under advisement: Brief(s) due _____ From _____
       Response(s) due _____ From _____
_____ Fees allowed in the amount of: $ _____ Expenses of: $ _____
_____ No appearance/response by: _____
_____ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

IT IS SO NOTED:    IT IS SO ORDERED:

_____    /s/ Henry Jack Boroff    Dated: 12/17/2009
Courtroom Deputy    Henry J. Boroff, U.S. Bankruptcy Judge