# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 11 |
| DAVID W. BERRY, SR. | ) | CASE NO. 09-31231 HJB |
| | ) | |
| DEBTOR(S) | ) | |

## MOTION FOR NON-COMPLIANCE OF STIPULATION

In support of this motion, Ford Motor Credit Company LLC formerly Ford Motor Credit Company represents:

    1. Ford Motor Credit Company LLC formerly Ford Motor Credit Company filed an Amended [29] Motion for Relief From Automatic Stay dated August 25, 2009 relative to one (1) 2005 Ford F450, Vehicle Identification Number 1FDXX47P35EB65518 and one (1) 2005 Ford Excursion, Vehicle Identification Number 1FMSU45P75EB817302007, Document I.D. No.34 (hereinafter the "Motion").

    2. As to the Motion for Relief from Stay, Ford Motor Credit Company LLC and David W. Berry, Sr. the Debtor in possession entered into a stipulation for Interim Adequate Protection Payments which was approved by the Court on October 14, 2009.

    3. The Debtor has failed to make the payments due pursuant to the terms and conditions of the Stipulation as set forth in the Affidavit of Non-Compliance which is annexed hereto and made a part hereof.

    4. As a result of the Debtor's default, pursuant to paragraph 12 of the Stipulation (which provides for relief from stay upon filing of affidavit of non-compliance and seven (7) day's notice), the undersigned respectfully requests, on behalf of Ford Motor Credit Company LLC

that Relief from the Automatic Stay shall be granted in accordance with the attached order.

**WHEREFORE,** Ford Motor Credit Company LLC respectfully requests that the Court issue an Order, pursuant to 11 U.S.C. §362(d)(1), granting relief from automatic stay in order to obtain possession and dispose of its collateral and such other relief as the Court deems just and proper.

Dated at Bloomfield, Connecticut on December 4, 2009.

       MOVANT
       Ford Motor Credit Company LLC formerly Ford
       Motor Credit Company

       By /s/ Mitchell J. Levine
       Mitchell J. Levine
       Law Offices of Nair & Levin, P.C.
       707 Bloomfield Avenue
       Bloomfield, CT 06002
       BBO No. 638576
       Telephone No. (860) 242-7585
       mlevine@nairlevin.com

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 11 |
| DAVID W. BERRY, SR. | ) | CASE NO. 09-31231 HJB |
| | ) | |
| DEBTOR(S) | ) | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY OR,
IN THE ALTERNATIVE, ADEQUATE PROTECTION**

After notice and hearing on Ford Motor Credit Company LLC formerly Ford Motor Credit Company's (hereafter the "Movant") Amended Motion for Relief from Stay or, in the alternative, adequate protection Doc. I.D. No.

**IT IS HEREBY ORDERED** that the Automatic Stay of Section 362(a) of the Bankruptcy Code is modified so that the Movant may exercise its rights if any, under its security agreement with the above Debtor(s) with regard to a 2005 Ford F450, Vehicle Identification Number 1FDXX47P35EB65518 and a 2005 Ford Excursion, Vehicle Identification Number 1FMSU45P75EB81730, in accordance with State and Federal Law.

Dated at Springfield, Massachusetts this _____ day of _____, 2009.

_____
Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
|  | ) |  |
| IN RE | ) | CHAPTER 11 |
| DAVID W. BERRY, SR. | ) | CASE NO. 09-31231 HJB |
|  | ) |  |
| DEBTOR(S) | ) |  |

**CERTIFICATE OF SERVICE**

The undersigned Ford Motor Credit Company LLC formerly Ford Motor Credit Company (the "Movant") hereby certifies that on December 4, 2009 in accordance with Rules 7004, 7005, and 9014 F.R.Bankr.P., I have served the following upon all parties entitled to notice (see attached Schedule "A") by first class mail postage prepaid or electronically:

(1) a copy of the Amended Motion for Non-Compliance of Stipulation (2) a copy of the proposed order.

Dated: December 4, 2009

                                               THE MOVANT
                                               Ford Motor Credit Company LLC formerly
                                               Ford Motor Credit Company

                                               BY/s/Mitchell J. Levine
                                                  Mitchell J. Levine, Esq.
                                                  NAIR & LEVIN, P.C.
                                                  707 Bloomfield Avenue
                                                  Bloomfield, CT 06002
                                                  BBO #638576
                                                  mlevine@nairlevin.com
                                                  Telephone No. (860) 242-7585

# SCHEDULE A

<u>Debtor(s)' Attorney:</u>
**James P. Ehrhard**
Ehrhard & Associates, P.C.
418 Main Street
4th Floor
Worcester, MA 01608
ehrhard@ehrhardlaw.com

<u>Debtor(s):</u>
**David W Berry, Sr.**
106 Coes Hill Road
Southwick, MA 01077
*(Debtor)*

**Berry Construction**
106 Coes Hill Road
Southwick, MA 01077
*(Co-Buyer)*

<u>Office of the U.S. Trustee-Boston:</u>
**Richard King**
Office of the U. S. Trustee
446 Main Street
14th Floor
Worcester, MA 01608
USTPRegion01.WO.ECF@USDOJ.GOV
*(Assistant U.S. Trustee)*

**<u>Berkshire Bank</u>**
 **Gregory A. Schmidt**
Doherty Wallace Pillsbury & Murphy
One Monarch Place
1414 Main Street
Springfield, MA 01144
gschmidt@dwpm.com

**Caterpillar Financial Services Corporation**
**Richard A. Sheils, Jr**
Bowditch & Dewey
311 Main Street
P.O. Box 15156
Worcester, MA 01608
rsheils@bowditch.com

**Chase Home Finance, LLC**
**Deirdre M. Keady**
Harmon Law Offices
P.O. Bos 610345
Newton Highlands, MA 02461-0345
mabk@harmonlaw.com

**Cook Builders Supply Co., Inc.**
**Thomas G. Griffin**
Resnic, Beauregard, Waite and Driscoll
330 Whitney Avenue
Ste. 400
Holyoke, MA 01040
tgriffin@rbwd.com

**Deutsche Bank National Trust Company, as Trustee for Novastar Mortgage Funding Trust, Series 2006-6**
**Reneau J. Longoria**
Doonan, Graves & Longoria, LLC
100 Cummings Center
Suite 225D
Beverly, MA 01915
sl@dgandl.com

**FCC Equipment, LLC**
**Richard A. Sheils, Jr**
Bowditch & Dewey
311 Main Street
P.O. Box 15156
Worcester, MA 01608
rsheils@bowditch.com

**Ocwen Loan Servicing**
**Richard C. Demerle**
Michienzie & Sawin LLC
745 Boylston Street
Boston, MA 02116
rd@masatlaw.com

**United States of America Dept. of Treasury Internal Revenue Service**
**Frank W. Louis**
Special Assistant US Attorney
Commerce Center One
333 E. River Dr., Suite 200
East Hartford, CT 06108-4202
Frank.W.Louis@IRSCOUNSEL.TREAS.GOV

**American Home Mortgage Servicing, Inc.**
4875 Belfort Rd Suite 130
Jacksonville, FL 32256
*(Creditor)*

**Bank Of America**
**Paul Manning**
Portnoy & Greene, P.C.
687 Highland Avenue
Needham, MA 02494
pmanning@portnoygreene.com

**Chase Home Finance, LLC successor by merger to Chase Manhattan Mortgage Corporation**
**Jason Giguere**
Harmon Law Offices, P.C.
P.O. Box 610345
Newton Highlands, MA 02461
mabk@harmonlaw.com

**Colonial Pacific Leasing Corporation, Successor-in-interest to Citicapital Commercial Corporatio**
**Michael H. Theodore**
Cohn and Dussi LLC
300 Trade Center, Suite 3700
Woburn, MA 01801
mtheodore@cohnanddussi.com

**Constellation NewEnergy, Inc.**
**D. Elaine Conway**
Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, TX 77010

**Deutsche Bank National Trust Company, as Trustee**
**Reneau J. Longoria**
Doonan, Graves & Longoria, LLC
100 Cummings Center
Suite 225D
Beverly, MA 01915
sl@dgandl.com

**Eastern Bank**
**Robert P. Feingold**
Bradley, Moore, Primason, Cuffe & Weber
The Edison
85 Exchange Street
Lynn, MA 01901
rfeingold@bradleymoorelaw.com

**MCMUSA, LLC**
**Kevin Riordan**
Boyle, Morrissey & Campo, P.C.
695 Atlantic Ave
Boston, MA 02111
kriordan@bmcattorneys.com

**Petrowsky Auctioneers, Inc.**
275 Route 32
North Franklin, CT 06254
*(Appraiser)*

**Recovery Management Systems Corporation**
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131
claims@recoverycorp.com
*(Creditor)*

**Rodman Financial Corp.**
**Jonathan R. Goldsmith, Esquire**
Law Offices of Jonathan R. Goldsmith
1350 Main Street
10th Floor
Springfield, MA 01103
bankrdocs@jgoldsmithlaw.com

**Saxon Mortgage Services, Inc.**
1270 Northland Drive
Suite 200
Mendota Heights, MN 55120
*(Creditor)*

Twenty largest Unsecured Creditors
See attached