# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** David W Berry             **Case Number:** 09-31231    **Ch:** 11

**MOVANT/APPLICANT/PARTIES:**

#129 Motion of One Beacon Insurancy Company for Relief from Stay (re: Middlesex County Superior Court civil action)

**OUTCOME:**

\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
✓ Continued to: MARCH 4, 2010    For: 2:00PM IN SPRINGFIELD
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
\_\_\_\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

IT IS SO NOTED:                         IT IS SO ORDERED:

_____                  _____ Dated: 01/08/2010
Courtroom Deputy                        Henry J. Boroff, U.S. Bankruptcy Judge