UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re ) | Chapter 11, No. 09-31231-HJB |
| ) | |
| DAVID W. BERRY, SR. ) | |
| ) | |
| Debtor ) | |

## ORDER ON JAV FAMILY LIMITED PARTNERSHIP'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

It is hereby ordered that **JAV FAMILY LIMITED PARTNERSHIP, its successors and /or assign's** ("Mortgagee") Motion for Relief From Automatic Stay is hereby granted and that the Mortgagee named herein may proceed pursuant to its mortgage against the property located at **232 Sodom Road, Granville, Massachusetts,** duly recorded in the **Hampden County Registry of Deeds in Book 17278, Page 257,** by means of foreclosure, deed in lieu, summary process and/or eviction proceedings or any other means thereafter necessary to obtain complete possession thereof, all pursuant to applicable state and federal law.

January 12, 2010

_____
HONORABLE HENRY J. BOROFF
Chief Bankruptcy Judge