UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

**In Re:** David W Berry  **Case Number:** 09-31231  **Ch:** 7

**MOVANT/APPLICANT/PARTIES:**
#133 Motion of Caterpillar Financial Services Corporation for Relief from Stay (re: Track-Type Tractor, Excavator, Integrated Tool Carrier, Soil Drum Compactor and Articulated Truck)

**OUTCOME:**

_____ Granted _____ Denied _____ Approved _____ Sustained
_____ Denied _____ Denied without prejudice _____ Withdrawn in open court _____ Overruled
_____ OSC enforced/released
_____ Continued to:_____ For:_____
_____ Formal order/stipulation to be submitted by:_____ Date due:_____
_____ Findings and conclusions dictated at close of hearing incorporated by reference
_____ Taken under advisement: Brief(s) due_____ From_____
                              Response(s) due_____ From_____
_____ Fees allowed in the amount of: $_____ Expenses of: $_____
_____ No appearance/response by:_____
__✓__ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:


THE RELATED STIPULATION (SEE DOCKET ENTRY #195) IS APPROVED.


IT IS SO NOTED:                          IT IS SO ORDERED:

                                         *Henry Jack Boroff* (signature)
_____                _____ Dated: 01/13/2010
Courtroom Deputy                          Henry J. Boroff, U.S. Bankruptcy Judge