UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

_____
In re:                                )
David W. Berry, Sr.             )         CHAPTER 7
Debtor                              )         CASE NO. 09-31231-HJB
_____)

**NOTICE OF POST-PETITION CREDITORS**

Now comes David W. Berry, Sr. (hereinafter "Debtor") by and through his attorney, James P. Ehrhard, and states that he has the following Post-Petition creditors:

1. Sprint
   P.O. Box 4181
   Carol Stream, IL 60197
   Acct# Multiple Accounts
   $Unknown

2. Progressive Insurance
   c/o FSC Insurance Agency
   P.O. Box 259
   Southwick, MA 01077
   Acct # 022-0
   Unknown Amount

3. Holmberg & Howe
   P.O. Box 945
   Easthampton, MA 01027
   $86,187.38

4. City Tire Co., Inc.
   P.O. Box 2469
   Springfield, MA 01101
   Acct # 2927
   $4,662.43

5. City Tire Co, Inc.
   P.O. Box 2469
   Springfield, MA 01101
   Acct # 2035
   $2,863.63

6. ADT Security Services
   P.O. Box 371490
   Pittsburgh, PA 15250
   Acct #s 0120 and 5000
   $5,973.57

7. Construction Data Co.
   2001 9th Ave., Suite 209
   Vero Beach, FL 32960
   Acct # 902-1
   $1,363.89

8. CT. Radio Repeaters
   P.O. Box 487
   Rocky Hill, CT 06067
   Acct# David Berry & Son
   $1,320.06

9. Constellation New Energy
   111 Market Place
   Baltimore, MD 21202
   Acct # 1009
   $16,308.46

10. Frank L. Ferrara Spring Works, Inc.
    3 Amboy Ct.
    Springfield, MA 01105
    Acct # Berry Construction
    $6,077.75

11. Genalco, Inc.
    333 Reservoir Street
    Needham Heights, MA 02494
    Acct # 1408
    $971.30

12. Town of Glastonbury
    2155 Main Street
    Glastonbury, CT 06033
    Acct # 241
    $499.60

13. Hang-Rite Gutter Installation Co., Inc.
    37 South Meadow Road
    Westfield, MA 01085
    Acct: Berry Construction
    $285.00

14. Heritage Surveys, Inc.
    P.O. Box 1
    Southampton, MA 01073
    Acct David Berry
    $11,030.46

15. Idearc Media Corp.
    P.O. Box 619810
    DFW Airport, TX 75261
    Acct # 6471
    $4,151.15

16. John S. Lane & Son
    P.O. Box 125
    Westfield, MA 01086
    Acct Berry Construction
    $6,631.53

17. Marlin Leasing
    P.O. Box 13604
    Philadelphia, PA 19101
    Acct # 6011
    $1,686.91

18. Milton CAT
    100 Quarry Drive
    Milford, MA 01757
    Acct # 0510
    $12,603.54

19. Northeast Fasteners Co., Inc.
    P.O. Box 501
    Granby, MA 01033
    Acct # 7313
    $251.43

20. O'Reilly, Talbot & Okun Assoc., Inc.
    293 Bridge Street
    Springfield, MA 01103
    Acct Berry
    $17,925.61

21. 3SM Marble & Granite Co.
    275 N. Elm Street
    Westfield, MA 01085
    Acct Berry
    $7,912.85

22. Sanford & Hawley, Inc.
    P.O. Box 545
    Unionville, CT 06085
    Acct # Berrda
    $7,977.66

23. David Sutton Heating
    207 Mort Vining Road
    Southwick, MA 01077
    Acct: Berry
    $2,000.00

24. Westfield Ready Mix
    652 Prospect Street
    Chicopee, MA 01020
    Acct # 3186
    $1,764.00

25. Westfield Transit Mix
    c/o DPC Enterprises, Inc.
    P.O. Box 344
    Farmington, CT 06034

26. Fallon Community Health Plan
    P.O. Box 55472
    Boston, MA 02205
    Acct #s 7961 and 4496
    $26,242.24

    27. Harris Bay Yacht Club
        2712 Rt. 9L
        P.O. Box 139
        Cleverdale, NY 12820
        Acct David Berry, Sr.
        $2,115.95

                David W. Berry, Sr.
                By his attorney,

                /s/ James P. Ehrhard
                James P. Ehrhard, Esq.
                BBO # 651797
                Ehrhard& Associates, P.C.
                418 Main Street, 4th Floor
                Worcester, MA 01608
                (508) 791-8411
                ehrhard@ehrhardlaw.com

Dated: January 29, 2010