**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  David W Berry  Debtor,  dba Berry Construction, dba Berry Transportation | Chapter: 7  Case No: 09−31231  Judge Henry J. Boroff |

**NOTICE TO ADDED CREDITORS**

A bankruptcy case concerning the debtor listed above was filed on **7/20/09**. On **FEBRUARY 1, 2010** , schedules of creditors filed by the above−named debtor(s) were amended to include your name.

The filing of a bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the bankruptcy code, you may be penalized. You may wish to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy court clerk's office. Please note that the staff at the bankruptcy court clerk's office are prohibited from giving legal advice.

|  |  |
|---|---|
| The trustee in this case is: | Joseph B. Collins−Tr  Hendel & Collins P.C.  101 State Street  Springfield, MA 01103 |

A meeting of creditors was scheduled to be held on or will be held pursuant to 11 U.S.C. § 341(a), on **2/9/10** . Please note that the deadline to file an objection to the debtor's claimed exemption is thirty (30) days after the conclusion of the meeting of creditors.

**Please be aware of the following important deadlines:**

☑    Complaint objecting to the discharge of the debtor and/or to have a debt declared non−dischargeable, must be received by the bankruptcy clerk's office on or before **APRIL 12, 2010** .

☐    Deadline to file Proof of Claim for Added creditors only is .

|  |  |
|---|---|
| The attorney for the debtor is: | James P. Ehrhard  Ehrhard & Associates, P.C.  418 Main Street  4th Floor  Worcester, MA 01608 |

If you desire further case−related information, please contact the attorney for the debtor or if there is no attorney listed, contact the above−named trustee.

Date:2/1/10

By the Court,

Paula Fontaine
Deputy Clerk
413−785−6906

# CERTIFICATE OF NOTICE

```
District/off: 0101-3           User: pf                   Page 1 of 1                  Date Rcvd: Feb 01, 2010
Case: 09-31231                 Form ID: ntcacred          Total Noticed: 27

The following entities were noticed by first class mail on Feb 03, 2010.
db           +David W Berry, Sr.,    106 Coes Hill Road,    Southwick, MA 01077-9771
17383732     +3SM Marble & Granite Co.,    275 N. Elm Street,    Westfield, MA 01085-1613
17383717     +ADT Security Services,    P.O. Box 371490,    Pittsburgh, PA 15250-7490
17383719     +CT. Radio Repeaters,    P.O. Box 487,    Rocky Hill, CT 06067-0487
17383716     +City Tire Co., Inc.,    P.O. Box 2469,    Springfield, MA 01101-2469
17383720     +Constellation New Energy,    111 Market Place,    Baltimore, MD 21202-4035
17383718     +Construction Data Co.,    2001 9th Ave., Suite 209,    Vero Beach, FL 32960-6439
17383734     +David Sutton Heating,    207 Mort Vining Road,    Southwick, MA 01077-9201
17383737     +Fallon Community Health Plan,    P.O. Box 55472,    Boston, MA 02205-5472
17383721     +Frank L. Ferrara Spring Works, Inc.,    3 Amboy Ct.,    Springfield, MA 01105-1004
17383722     +Genalco, Inc.,    333 Reservoir Street,    Needham Heights, MA 02494-3145
17383724     +Hang-Rite Gutter Installation Co., Inc.,    37 South Meadow Road,    Westfield, MA 01085-3870
17383738     +Harris Bay Yacht Club,    2712 Rt. 9L,    P.O. Box 139,    Cleverdale, NY 12820-0139
17383725     +Heritage Surveys, Inc.,    P.O. Box 1,    Southampton, MA 01073-0001
17383715     +Holmberg & Howe,    P.O. Box 945,    Easthampton, MA 01027-0945
17383726     +Idearc Media Corp.,    P.O. Box 619810,    DFW Airport, TX 75261-9810
17383727     +John S. Lane & Son,    P.O. Box 125,    Westfield, MA 01086-0125
17383728     +Marlin Leasing,    P.O. Box 13604,    Philadelphia, PA 19101-3604
17383729     +Milton CAT,    100 Quarry Drive,    Milford, MA 01757-1751
17383730     +Northeast Fasteners Co., Inc.,    P.O. Box 501,    Granby, MA 01033-0501
17383731     +OReilly, Talbot & Okun Assoc., Inc.,    293 Bridge Street,    Springfield, MA 01103-1490
17383714     +Progressive Insurance,    c/o FSC Insurance Agency,    P.O. Box 259,    Southwick, MA 01077-0259
17383733     +Sanford & Hawley, Inc.,    P.O. Box 545,    Unionville, CT 06085-0545
17383713     +Sprint,    P.O. Box 4181,    Carol Stream, IL 60197-4181
17383723     +Town of Glastonbury,    2155 Main Street,    Glastonbury, CT 06033-2296
17383735     +Westfield Ready Mix,    652 Prospect Street,    Chicopee, MA 01020-3048
17383736     +Westfield Transit Mix,    c/o DPC Enterprises, Inc.,    P.O. Box 344,    Farmington, CT 06034-0344

The following entities were noticed by electronic transmission.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 03, 2010                    Signature: *Joseph Speetjens*