# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** David W Berry                                **Case Number:** 09-31231          **Ch:** 7

**MOVANT/APPLICANT/PARTIES:**

#78 Motion of Chase Home Finance, LLC for Relief from Stay (re: 69 Will Palmer Road, Southwick, MA)

**OUTCOME:**

\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
✓ Continued to: MARCH 11, 2010         For: 11:00AM IN SPRINGFIELD
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
\_\_\_\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

IT IS SO NOTED:                                   IT IS SO ORDERED:

                                                  /s/ Henry Jack Boroff
_____                            _____ Dated: 02/04/2010
Courtroom Deputy                                  Henry J. Boroff, U.S. Bankruptcy Judge