

4/26/2010  ALLOWED.  THE DEADLINE IS HEREBY EXTENDED TO JUNE 14, 2010.  NO OBJECTIONS HAVE BEEN FILED.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                                   )
In re                              ) Chapter 7, No. 09-31231-HJB
                                   )
DAVID W. BERRY, SR.                )
d/b/a BERRY CONSTRUCTION           )
d/b/a BERRY TRANSPORTATION         )
                                   )
                 Debtor            )
_____)
```

**MOTION TO EXTEND TIME TO OBJECT TO DEBTOR'S EXEMPTIONS
AND DISCHARGE**

To the HONORABLE HENRY J. BOROFF, Bankruptcy Judge:

  Now comes JOSEPH B. COLLINS, the duly appointed, qualified and acting Trustee in the above-captioned proceedings, and moves this Honorable Court for an Order extending the time for objecting to the Debtor's Exemptions and Discharge.  In support of said Motion, the Trustee respectfully represents as follows:

  1.  On July 20, 2009, the above-named Debtor filed a Voluntary Petition under the provisions of Chapter 11 of the Code.  This case was converted to a case under Chapter 7 on January 8, 2010.  Also, on January 8, 2010, JOSEPH B. COLLINS accepted the appointment as Trustee for the above-entitled estate.

  2.  The Section 341 meeting of creditors in this case was commenced and concluded on February 9, 2010.  Accordingly, pursuant to Fed. R. Bankr. P. 4003(b), the deadline for filing objections to the Debtor's claims of exemptions is March 9, 2010.  This date was previously extended to April 12, 2010.

  3.  The Trustee says that additional time is necessary for

# CERTIFICATE OF NOTICE

```
District/off: 0101-3          User: pf                  Page 1 of 1              Date Rcvd: Apr 26, 2010
Case: 09-31231                Form ID: pdf012           Total Noticed: 1
```

The following entities were noticed by first class mail on Apr 28, 2010.
db           +David W Berry, Sr.,   106 Coes Hill Road,   Southwick, MA 01077-9771

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 28, 2010**                    **Signature:**    *Joseph Speetjens*