UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: )
David W. Berry ) CHAPTER 7
Debtor ) CASE NO. 09-31231-HJB
)

**FINAL APPLICATION FOR FEES and REIMBURSEMENT OF EXPENSES of EHRHARD & ASSOCIATES, P.C. as COUNSEL FOR THE DEBTOR**

Now comes the applicant, Ehrhard & Associates, P.C., (hereinafter "E & A") to respectfully file its final application for fees and expenses pursuant to 11 U.S.C. §§ 330 and 331, Bankruptcy Rules 2016(A) and MLBR 2016-1. The period of time for which fees are being sought is July 2, 2009 through January 8, 2010. In support of this application, E & A respectfully represents as follows:

1. On July 20, 2009 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The Debtor continued to manage his affairs as Debtor-in-Possession pursuant to Bankruptcy Code § 1107 and 1108 until December 17, 2009.
2. A creditors' committee was not appointed in this case.
3. On December 18, 2009, Joseph Collins was appointed Chapter 11 Trustee.
4. The case was converted to Chapter 7 on January 8, 2010.
5. An Application to Employ James P. Ehrhard and E & A as Counsel for the Debtor was filed with this Court on July 20, 2009 and was approved on August 10, 2009. The Application and Order approving same are attached hereto as Exhibit "A" ("Application to Employ").

6. The Application to Employ contained the full terms and conditions of employment and compensation as of that date.

7. The Application to Employ requested authority to accept a retainer in the amount of $11,500.00 against fees and costs.

8. This application sets forth the name of each attorney and professional that has performed services for the period of this application, including a description of services performed and the time required for said services. Exhibit "B", attached hereto, sets forth in detail all the time for which compensation is sought.

9. Debtor's counsel has spent a considerable portion of time representing the Debtor with regards to the authority to use cash collateral, responses and court hearings regarding numerous motions for relief filed by creditors and administrative items required in the Chapter 11 case. These services are delineated in the narrative attached hereto as Exhibit "C".

10. As shown in Exhibit "D", the total time and value of fees incurred is reflected in the amount of $43,983.00. The total value of expenses incurred is reflected in Exhibit "E" in the amount of $1,144.60.

11. Included in such compensation is the amount of $3,327.50 for services rendered from the appointment of the Chapter 11 Trustee through the conversion of the case to Chapter 7 (December 18, 2009 through January 8, 2010). As Debtor's counsel, E & A played an integral role in allowing for a smooth transition from Debtor-in-Possession to oversight by the Chapter 11 Trustee. The ability of E & A to work with the Debtor to assume and understand his responsibilities during a difficult period not only helped the Debtor but

was important to the proper and efficient handling of the Chapter 11 Estate up though the conversion to Chapter 7.

12. The compensation fee and allowance herein claimed belongs solely to the applicant and will not be divided, shared or pooled directly or indirectly to any firm or person, except with members and associates of the law firm of E & A.

13. The hourly rates set out in the Attorney/Paralegal Time Summary attached hereto as Exhibit D are the usual hourly rates for each person set forth for comparable services.

14. All expenses set forth in the Costs/Disbursements summary attached hereto as Exhibit E have been incurred and paid.

15. All professional services for which your applicant seeks compensation were performed by the applicant and members of E & A on behalf of the Debtor, and not on behalf of any committee, creditor or other entity or person. A biography of the applicant and members of E & A has been attached hereto and marked as Exhibit "F".

16. Debtor's counsel believes that the sum requested in this Application for its services and un-reimbursed expenses is fair and reasonable.

WHEREFORE, the applicant prays that it be allowed the sum of $45,127.60 as total compensation for services rendered during the billing period of July 2, 2009 through January 8, 2010 and as reimbursement for expenses incurred during the period of July 2, 2009 through January 8, 2010.

Respectfully submitted,

David W. Berry,
By his Attorneys,

/s/ James P. Ehrhard
James P. Ehrhard, Esq
BBO # 651797
Michael P. Vernon, Esq.
BBO # 661244
Ehrhard & Associates, P.C.
418 Main Street, 4th Floor
Worcester, MA 01608
(508) 791-8411
ehrhard@ehrhardlaw.com
vernon@ehrhardlaw.com

DATED: May 3, 2010

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | |
| David W. Berry | ) | CHAPTER 7 |
| Debtor | ) | CASE NO. 09-31231-HJB |
| | ) | |

**CERTIFICATE OF SERVICE**

I, James P. Ehrhard, do hereby certify that upon receipt of the notice of electronic service, I will immediately serve a copy of the "Final Application for Fees and Reimbursement of Expenses of Ehrhard & Associates, P.C. as Counsel for the Debtor" via first class mail to the parties listed below if not noted as having received electronic service:

Richard King, VIA ECF

Stephen Muenier, VIA ECF

Joseph Collins, VIA ECF

David W. Berry
106 Coes Hill Road
Southwick, MA 01077

/s/ James P. Ehrhard_____
James P. Ehrhard, Esq.

Dated: May 3, 2010

American Home Mortgage Servicing, Inc.
4875 Belfort Rd Suite 130
Jacksonville, FL 32256

Bank Of America
45 S. Hudson Avenue
Pasadena, CA 91101

Berkshire Bank
31 Court Street
Westfield, MA 01085

Colonial Pacific Leasing Corporation, Successor-in-interest to Citicapital Commercial Corporation
Cohn & Dussi, LLC
300 Trade Center, Suite 3700
Woburn, MA 01801

Cook Builders Supply Co., Inc.
210 Agawam Avenue
West Springfield, MA 01089
UNITED STATES

DTC Engineers & Constructors LLC
.2321 Whitney Ave.
Hamden Center II
Hamden, CT 06518

Deutsche Bank National Trust Company, as Trustee
c/o Doonan, Graves & Longoria, LLC
100 Cummings Center
Suite 225D
Beverly, MA 01915

Deutsche Bank National Trust Company, as Trustee for Novastar Mortgage Funding Trust, Series 2006-6
c/o Doonan, Graves and Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915

Eastern Bank
c/o Robert P. Feingold
Bradley, Moore, Primason, Cuffe & Weber,
85 Exchange St.
Lynn, MA 01901

Ford Motor Credit Company LLC formerly Ford Motor Credit Company
c/o Law Offices of Nair & Levin, P.C.
707 Bloomfield Avenue
Bloomfield, CT 06002

Grand Lumber Company, Inc.
40 Turkey Hill Road
Belchertown, MA 01007

HSBC Mortgage Corporation (USA)
c/o Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915

Harley-Davidson Financial Services
P .O .Box 829009
Dallas, Tx 75382

JAV Family Limited Partnership
c/o Jonathan R. Goldsmith, Esq.
1350 Main Street, Suite 1505
Springfield,, MA 01103

JPMorgan Chase Bank NA
c/o Nair & Levin P.C.
707 Bloomfield Ave.
Bloomfield, CT 06002

MCMUSA, LLC
Four A Street
Burlington, MA 01803

Ocwen Loan Servicing
Bankruptcy Dept.
1661 Worthington Road
West Palm Beach, FL 33409

One Beacon Insurancy Company
One Beacon Lane
Canton, MA

Petrowsky Auctioneers, Inc.
275 Route 32
North Franklin, CT 06254

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131

Rodman Financial Corp.
c/o Jonathan R. Goldsmith, Esq.
Law Office of Jonathan R. Goldsmith
1350 Main Street, Suite 1505
Springfield,, MA 01103

Sanford and Hawley, Incorporated d/b/a Sanford & Hawley, Inc.
c/o Law Office of Alan M. Cohen LLC
550 Worcester Road
Framingham, MA 01702

Saxon Mortgage Services, Inc.
1270 Northland Drive
Suite 200
Mendota Heights, MN 55120

United States of America Dept. of Treasury Internal Revenue Service
Attn: Civil Process
333 East River Drive
Suite 200
East Hartford, CT 06108-4202

3SM Marble & Granite Co.
275 N. Elm Street
Westfield, MA 01085

A.I.M. Mutual Insurance Company
C/O Paul S. Kaufman
482 Broadway
Somerville, MA 02145

ADT Security Services
C/O Valentine & Kebartas
POB 325
Lawrence, MA 01842

ADT Security Services
P.O. Box 371490
Pittsburgh, PA 15250

American Express
C/O Zwicker & Associates
80 Minuteman Road
Andover, MA 01810

American Express
POB 1270
Newark, NJ 07101

American Express Bank, FSB
POB 3001
Malvern, PA 19355-0701

American Express Centurion Bank
POB 3001
Malvern, PA 19355-0701

American Home Mortgage Servicing, Inc.
4875 Belfort Road Suite 130
Jacksonville, FL 32256

Arrow Concrete Products, Inc.
560 Salmon Brook Street
Granby, CT 06035

Bank Of America
POB 15220
Wilmington, DE 19886

Bank Of America
POB 15726
Wilmington, DE 19886

Bank of America, N.A.
P. O. Box 26012
NC4-105-03-14
Greensboro, NC 27420

Berkshire Bank
POB 1308
Pittsfield, MA 01202

Bulkley, Richardson & Gelinas, LLP
POB 15507
Springfield, MA 01115

Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115

CIT
10201 Centurion Pkwy, Suite 100
Jacksonville, FL 32256

CIT Technology Financing Services, Inc.
c/o Weltman, Weinberg and Reis Co., LPA
175 S. 3rd St., Ste. 900
Columbus, OH 43215

CT. Radio Repeaters
P.O. Box 487
Rocky Hill, CT 06067

Caterpillar Financial Services Corp.
POB 13834
Newark, NJ 07188

Caterpillar Financial Services Corp.
POB 340001
Nashville, TN 37203

Caterpillar Financial Services Corporation
c/o Richard A. Sheils, Jr., Esq.
Bowditch & Dewey, LLP
311 Main Street
Worcester, MA 01608

Chase Auto Finance
201 N Central Ave
Phoenix AZ 85004

Chase Auto Finance
POB 78067
Phoenix, AZ 85062

Chase Cardmember Service
POB 15153
Wilmington, DE 19886

Chase Home Finance
POB 78420
Phoenix, AZ 85062

Chase Home Finance, LLC
Dept. OH4-7142
3415 Vision Drive
Columbus, OH 43219

Chicopee Concrete Service, Inc.
c/o Bacon Wilson, PC
22 State Street
Springfield, MA 01103

City Tire Co., Inc.
P.O. Box 2469
Springfield, MA 01101

Colonial Pacific Leasing Corporation
c/o Michael H. Theodore, Esquire
Cohn & Dussi, LLC
300 Trade Center, Suite 3700
Woburn, MA 01801

Complete Disposal Co.
POB 1418
Westfield, MA 01086

Constellation New Energy
111 Market Place
Baltimore, MD 21202

Constellation NewEnergy, INc.
D. Elaine Conway and
Bruce J. Ruzinsky, Jackson Walker LLP
1401 McKinney St. - Suite 1900
Houston, TX 77010

Construction Data Co.
2001 9th Ave., Suite 209
Vero Beach, FL 32960

Cook Builders' Supply Company
C/O Resnic, Beauregard, Waite & Driscoll
330 Whitney Avenue, Suite 400
Holyoke, MA 01040

DTC Engineers and Constructors LLC
c/o Jennifer V. Doran, Esq.
Hinckley, Allen & Snyder
Boston, MA 02109

David Sutton Heating
207 Mort Vining Road
Southwick, MA 01077

Deutsche Bank National Trust Company, as Trustee
for NovaStar Mortgage Funding Trust, Ser
Saxon Mortgage Services, Inc. as service
4708 Mercantile Dr
Fort Worth, TX, 76137

Deutsche Bank National Trust Company, as Trustee f
4708 Mercantile Dr
Fort Worth, TX, 76137

Div Of Unemploymet Assistance
Bankruptcy Unit - 5th Floor
19 Staniford Street
Boston, MA 02114-2502

Eastern Bank
195 Market St.
Lynn, MA 01901

Eastern Bank
POB 843350
Boston, MA 02284

Everett J. Prescott, Inc.
POB 600
Gardiner, ME 04345

FCC Equipment Financing
POB 56347
Jacksonville, FL 32241

Fallon Community Health Plan
P.O. Box 55472
Boston, MA 02205

Fia Card Services, NA/Bank of America
by American Infosource Lp As Its Agent
PO Box 248809
Oklahoma City, OK 73124-8809

Ford Credit
POB 94380
Palatine, IL 60094

Ford Motor Credit Company LLC
c/o Nair & Levin, P.C.
707 Bloomfield Avenue
Bloomfield, CT 06002

Frank L. Ferrara Spring Works, Inc.
3 Amboy Ct.
Springfield, MA 01105

Fuel Services, Inc.
C/O Thompson & Bell
358 Sewall Street
Ludlow, MA 01056

GE Capital
POB 6229
Carol Stream, IL 60197

Genalco, Inc.
333 Reservoir Street
Needham Heights, MA 02494

Grand Lumber Company, Inc.
C/O Bohnet & Romani, P.A.
16 King Street
Palmer, MA 01069

HSBC Mortgage Corp.
POB 4552
Buffalo, NY 14240

HSBC Mortgage Corporation (USA)
c/o Doonan, Graves and Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915

Hang-Rite Gutter Installation Co., Inc.
37 South Meadow Road
Westfield, MA 01085

Hanson Pipe
POB 730498
Dallas, TX 75373

Harley Davidson Credit
POB 15129
Palatine, IL 60055

Harley-Davidson Credit Corp.
PO Box 829009
Dallas, TX 75382-9009

Harris Bay Yacht Club
2712 Rt. 9L
P.O. Box 139
Cleverdale, NY 12820

Heritage Surveys, Inc.
P.O. Box 1
Southampton, MA 01073

Holmberg & Howe
P.O. Box 945
Easthampton, MA 01027

Idearc Media Corp.
Attn: Acct Receivable
POB 619009
DFW Airport, TX 75261

Idearc Media Corp.
P.O. Box 619810
DFW Airport, TX 75261

Idearc Media LLC
C/O American Recovery Services, Inc.
555 St. Charles Drive, Suite 100
Thousand Oaks, CA 91360

Internal Reveune Service
Insolvency Group
POB 9112
Boston, MA 02203

JAV Family Limited Partnership
C/O Joanna Cobleigh, Esq.
501 Belmont Avenue
Springfield, MA 01108

Jackson Walker LLP
1401 McKinney Street
Suite 1900
Houston, TX 77010

John S. Lane & Son
P.O. Box 125
Westfield, MA 01086

John S. Lane & Son, Inc.
POB 125
Westfield, MA 01086

Keith Guilmette
C/O Donohue, Hyland & Donohue, P.C.
1707 Northampton Street
Holyoke, MA 01040

Kitchens Of Distinction
C/O Law Offices Of Jennifer A Thorn
1391 Main Street, Suite 600
Springfield, MA 01103

Lindsay Wieland dba New England Drywall Installers
c/o Bacon Wilson, PC
33 State Street
Springfield, MA 01103

Marlin Leasing
P.O. Box 13604
Philadelphia, PA 19101

Marlin Leasing Corporation
300 Fellowship Road
Mount Laurel, NJ 08054

Massachusetts Department Of Revenue
Bankruptcy Unit
POB 9564
Boston, MA 02114

Massachusetts Dept. Of Workforce Develop
19 Staniford Street
Boston, MA 02114

Milton CAT
100 Quarry Drive
Milford, MA 01757

Northeast Fasteners Co., Inc.
P.O. Box 501
Granby, MA 01033

OReilly, Talbot & Okun Assoc., Inc.
293 Bridge Street
Springfield, MA 01103

Ocwen
POB 6440
Carol Stream, IL 60197

Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
1661 Worthington Rd
Suite 100
West Palm Beach, FL 33409
Phone No: 1-888-554-6599 Fax No: 407-73

OneBeacon Insurance
C/O RMS
POB 5471
Mount Laurel, NJ 08054

OneBeacon Insurance
c/o RMS Bankruptcy Recovery Services
PO Box 5126
Timonium, MD 21094

Progressive Insurance
c/o FSC Insurance Agency
P.O. Box 259
Southwick, MA 01077

Rebath Of Western Massachusetts
730 Tyler Street
Pittsfield, MA 01201

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Recovery Management Systems Corporation
For GE Money Bank
dba LOWES BRC
25 SE 2nd Ave Ste 1120
Miami FL 33131

Rodman Financial Corp.
131 Dartmouth Street, Suite 101
Boston, MA 02116

Salt City, Inc.
POB 697
Southwick, MA 01077

Sanford & Hawley, Inc.
P.O. Box 545
Unionville, CT 06085

Sanford and Hawley
c/o Law Offices of Alan M. Cohen, LLC
550 Worcester Road
Framingham, MA 01702

Saxon Mortgage Services
POB 161489
Ft. Worth, TX 76161

Saxon Mortgage Services, Inc.
1270 Northland Dr., Ste 200
Mendota Heights, MN, 55120

Southwick Electric, Inc.
c/o Bacon Wilson, PC
33 State Street
Springfield, MA 01103

Southworth-Milton, Inc., d/b/a Milton CAT
c/o Michael R. Makynen, Esq.
15 Main Street/PO Box 202
Hopkinton, MA 01748

Sprint
P.O. Box 4181
Carol Stream, IL 60197

Sprint Nextel Correspondence
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

Sprint Nextel Distribution
Attn Bankruptcy Dept
PO Box 3326
Englewood CO 80155-3326

Super Media formerly Idearc Media
5601 Executive Drive
Irving, TX 75038

The Lane Construction Corporation
90 Fieldstone Court
Cheshire, CT 06410

The Republican
C/O Joseph, Mann & Creed
POB 22253
Beachwood, OH 44122

Town of Glastonbury
2155 Main Street
Glastonbury, CT 06033

United Rentals
C/O CCC Of NY
POB 288
Tonawanda, NY 14150

Vellano Bros., Inc.
7 Hemlock Street
Latham, NY 12110

Wells Fargo
POB 660217
Dallas, TX 75266

Wells Fargo Bank, N.A.
MAC S4101-08C
100 W. Washington St., Phoenix, AZ 85003

Westfield Ready Mix
652 Prospect Street
Chicopee, MA 01020

Westfield Transit Mix
c/o DPC Enterprises, Inc.
P.O. Box 344
Farmington, CT 06034

Zurich American Insurance Company
Attention Marc Ouimet 9th Floor
Tower 2
1400 American Lane
Schaumburg, IL 60196