**United States Bankruptcy Court**
**District of Massachusetts**

**IN RE:**                                                                                   Case No. **09-31231**

**Berry, David W Sr.**                                                                       Chapter **7**

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **May 27, 2010**         Signature: ***/s/ David W Berry, Sr.***
                                          **David W Berry, Sr.**                                            Debtor

Date: _____           Signature: _____
                                                                                      Joint Debtor, if any

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only