UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                    )
David W. Berry, Sr.       )    CHAPTER 7
Debtor                    )    CASE NO. 09-31231-HJB
                          )

**MOTION TO AMEND PETITION**

Now comes David W. Berry, Sr. (hereinafter "Debtor") by and through his attorney, James P. Ehrhard, and respectfully requests that be allowed to amend his petition as follows:

**MATRIX**

Debtor states that it is necessary to add the following pre-conversion creditors to his matrix:

1. Travelers Insurance Company
   C/O CCS
   P.O. Box 55126
   Boston, MA 02205

2. Plymouth Rock Assurance Corporation
   C/O CCS
   P.O. Box 55126
   Boston, MA 02205

3. The Blue Book of Building and Construction
   P.O. Box 500
   Jefferson Valley, NY 10535

4. Chartis
   22427 Network Place
   Chicago, IL 60673

5. Insurance Partnership
   2 Hampshire Street
   Foxboro, MA 02035

6. Verizon
   P.O. Box 28003
   Lehigh Valley, PA 18002



6/15/2010  ALLOWED.  NO OBJECTIONS HAVE BEEN FILED.