B6F (Official Form 6F) (12/07)

IN RE **Berry, David W Sr.** _____  Case No. **09-31231**
                    Debtor(s)                                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **berr** <br><br>**3SM Marble & Granite Co.** <br>**275 N. Elm Street** <br>**Westfield, MA  01085** | | | **Money Owed on Account** | | | | **7,912.85** |
| ACCOUNT NO. **0980** <br><br>**A.I.M. Mutual Insurance Company** <br>**C/O Paul S. Kaufman** <br>**482 Broadway** <br>**Somerville, MA  02145** | | | **Money Owed on Insurance Premiums** | | | | **10,414.00** |
| ACCOUNT NO. **5000** <br><br>**ADT Security Services** <br>**C/O Valentine & Kebartas** <br>**POB 325** <br>**Lawrence, MA  01842** | | | **Money owed on Account** | | | | **5,818.79** |
| ACCOUNT NO. <br><br>**Alliance Imaging** <br>**C/O Posternak, Blankstein & Lund** <br>**800 Boylston Street** <br>**Boston, MA  02199** | | | **Possible Claim Against Debtor** | | | | **unknown** |

**10** continuation sheets attached

Subtotal
(Total of this page) $ **24,145.64**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Berry, David W Sr.                Case No. **09-31231**
_____
          Debtor(s)                       (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Ambient Engineering** <br> 100 Main Street, Suite 330 <br> Concord, MA 01742 | | | Potential Claim | | | | **unknown** |
| ACCOUNT NO. **4003** <br> **American Express** <br> POB 1270 <br> Newark, NJ 07101 | | | Credit card purchases | | | | **500.00** |
| ACCOUNT NO. **4794** <br> **American Express** <br> C/O Zwicker & Associates <br> 80 Minuteman Road <br> Andover, MA 01810 | | | Credit Card Purchases | | | | **22,946.10** |
| ACCOUNT NO. **1008** <br> **American Express** <br> POB 1270 <br> Newark, NJ 07101 | | | Credit Card Purchases | | | | **unknown** |
| ACCOUNT NO. **1074** <br> **Arrow Concrete Products, Inc.** <br> 560 Salmon Brook Street <br> Granby, CT 06035 | | | Money owed on Account | | | | **6,106.03** |
| ACCOUNT NO. **7155** <br> **Bank Of America** <br> POB 15726 <br> Wilmington, DE 19886 | | | Credit card purchases | | | | **16,215.73** |
| ACCOUNT NO. **4070** <br> **Bank Of America** <br> POB 15726 <br> Wilmington, DE 19886 | | | Credit card purchases | | | | **15,377.48** |

Sheet no. **1** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **61,145.34**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Berry, David W Sr.**                                                                 Case No. **09-31231**
_____
                    Debtor(s)                                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0001** <br><br> **Bulkley, Richardson & Gelinas, LLP** <br> **POB 15507** <br> **Springfield, MA  01115** | | | Legal Fees | | | | 4,725.89 |
| ACCOUNT NO. **8234** <br><br> **Chartis** <br> **22427 Network Place** <br> **Chicago, IL  60673** | | | Money Owed on Account | | | | 6,155.00 |
| ACCOUNT NO. **8695** <br><br> **Chase Cardmember Service** <br> **POB 15153** <br> **Wilmington, DE  19886** | | | Credit card purchases | | | | 12,830.68 |
| ACCOUNT NO. **4995** <br><br> **Chase Home Finance** <br> **POB 78420** <br> **Phoenix, AZ  85062** | | | Mortgage 69 Will Palmer Road, Southwick, which was transferred to David Berry, Jr. in 2007 | | | | 60,995.18 |
| ACCOUNT NO. **3186** <br><br> **Chicopee Concrete Service** <br> **652 Prospect Street** <br> **Chicopee, MA  01020** | | | Money Owed on Account | | | | 10,998.86 |
| ACCOUNT NO. **2927** <br><br> **City Tire Co., Inc.** <br> **POB 2469** <br> **Springfield, MA  01101** | | | Money Owed on Account | | | | 4,917.03 |
| ACCOUNT NO. **2035** <br><br> **City Tire Co., Inc.** <br> **POB 2469** <br> **Springfield, MA  01101** | | | Money Owed on Account | | | | 3,019.79 |

Sheet no. **2** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **103,642.43**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Berry, David W Sr.** _____    Case No. **09-31231**
                                              Debtor(s)                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6344**<br>**Complete Disposal Co.**<br>**POB 1418**<br>**Westfield, MA  01086** | | | **Money owed on Account** | | | | **6,500.00** |
| ACCOUNT NO. **9021**<br>**Construction Data Co.**<br>**2001 9th Ave., Suite 209**<br>**Vero Beach, FL  32960** | | | **Money owed on Account** | | | | **1,363.89** |
| ACCOUNT NO. **4269**<br>**Cook Builders' Supply Company**<br>**C/O Resnic, Beauregard, Waite & Driscoll**<br>**330 Whitney Avenue, Suite 400**<br>**Holyoke, MA  01040** | | | **Money owed on Account** | | | | **3,305.13** |
| ACCOUNT NO. **Son**<br>**CT Radio, Repeaters**<br>**POB 487**<br>**Rocky Hill, CT  06067** | | | **Money Owed on Account** | | | | **1,320.06** |
| ACCOUNT NO. **berr**<br>**David Sutton Heating**<br>**207 Mort Vining Road**<br>**Southwick, MA  01077** | | | **Money Owed on Account** | | | | **2,000.00** |
| ACCOUNT NO. **0080**<br>**DTC Engineers Constructors, LLC**<br>**C/O Pepe & Hazard LLP**<br>**One Financial Center, 15th Floor**<br>**Boston, MA  02111** | | | **Civil Lawsuit in U.S. District Court** | | | | **unknown** |
| ACCOUNT NO. **3681**<br>**Everett J. Prescott, Inc.**<br>**POB 600**<br>**Gardiner, ME  04345** | | | **Money Owed on Account** | | | | **10,570.83** |

Sheet no. ___**3**___ of ___**10**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **25,059.91**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case 09-31231    Doc 355-1    Filed 08/11/10    Entered 08/11/10 10:19:08    Desc Exhibit
B6F (Official Form 6F) (12/07) - Cont    Amended Schedule F    Matrix    Declaration Concerning Schedules    Declaratio    Page 5 of 25

IN RE Berry, David W Sr.                                                    Case No. 09-31231

Debtor(s)                                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4496**<br>**Fallon Community Health Plan**<br>**POB 55472**<br>**Boston, MA 02205** | | | Money Owed on Account | | | | **13,057.75** |
| ACCOUNT NO. **7961**<br>**Fallon Community Health Plan**<br>**POB 55472**<br>**Boston, MA 02205** | | | Money Owed on Account | | | | **1,312.57** |
| ACCOUNT NO. **berr**<br>**Frank L. Ferrara Spring Works**<br>**3 Amboy Court**<br>**Springfield, MA 01105** | | | Money owed on Account | | | | **6,077.75** |
| ACCOUNT NO. **V823**<br>**Fuel Services, Inc.**<br>**C/O Thompson & Bell**<br>**358 Sewall Street**<br>**Ludlow, MA 01056** | | | Money owed on judgment | | | | **4,933.00** |
| ACCOUNT NO.<br>**G & M Enterprises, Inc./Mr. Gutter**<br>**740 High Street, Suite 2**<br>**Holyoke, MA 01040** | | | Money owed on Account | | | | **1,201.25** |
| ACCOUNT NO. **1408**<br>**Genalco, Inc.**<br>**333 Reservoir Street**<br>**Needham Heights, MA 02494** | | | Money owed on Account | | | | **971.30** |
| ACCOUNT NO. **6160**<br>**Genuine Part Company**<br>**C/O Law Offices Of Serota, Dorko & Assoc**<br>**POB 1008**<br>**Arlington Heights, IL 60006** | | | Money Owed on Account | | | | **815.85** |

Sheet no. **4** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **28,369.47**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Berry, David W Sr.**
Debtor(s)

Case No. **09-31231**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0197**<br>**Grand Lumber Company, Inc.**<br>**C/O Bohnet & Romani, P.A.**<br>**16 King Street**<br>**Palmer, MA  01069** | | | Money owed on Account | | | | 21,449.81 |
| ACCOUNT NO. **berr**<br>**Hang-Rite Gutter Installation Co.**<br>**37 South Meadow Road**<br>**Westfield, MA  01085** | | | Money Owed on Account | | | | 285.00 |
| ACCOUNT NO. **6081**<br>**Hanson Pipe**<br>**POB 730498**<br>**Dallas, TX  75373** | | | Money owed on Account | | | | 72,009.06 |
| ACCOUNT NO. **berr**<br>**Heritage Surveys, Inc.**<br>**POB 1**<br>**Southampton, MA  01073** | | | Money Owed on Account | | | | 11,030.46 |
| ACCOUNT NO.<br>**Holmberg & Howe, Inc.**<br>**POB 945**<br>**Easthampton, MA  01027** | | | Money owed on Account | | | | 2,038.02 |
| ACCOUNT NO. **2850**<br>**Idearc Media LLC**<br>**C/O American Recovery Services, Inc.**<br>**555 St. Charles Drive, Suite 100**<br>**Thousand Oaks, CA  91360** | | | Money owed on Account for Advertising | | | | 7,939.99 |
| ACCOUNT NO.<br>**Idearc Media Corp.**<br>**Attn: Acct Receivable**<br>**POB 619009**<br>**DFW Airport, TX  75261** | | | Assignee or other notification for:<br>**Idearc Media LLC** | | | | |

Sheet no. ___**5**___ of ___**10**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **114,752.34**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Berry, David W Sr.                                                           Case No. 09-31231
_____                        _____
                    Debtor(s)                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0669** <br> **Insurance Partnership** <br> **Employee Benefit Resources** <br> **2 Hampshire Street** <br> **Foxboro, MA  02035** | | | **Money Owed on Account** | | | | **1,571.32** |
| ACCOUNT NO. <br> **Internal Revenue Service** <br> **Insolvency Group** <br> **POB 9112** <br> **Boston, MA  02203** | | | | | | | **38.06** |
| ACCOUNT NO. **9235** <br> **John S. Lane & Son, Inc.** <br> **POB 125** <br> **Westfield, MA  01086** | | | **Money owed on Account** | | | | **6,718.71** |
| ACCOUNT NO. <br> **Keith Guilmette** <br> **C/O Donohue, Hyland & Donohue, P.C.** <br> **1707 Northampton Street** <br> **Holyoke, MA  01040** | | | **Money Owed on Settlement** | | | | **12,200.00** |
| ACCOUNT NO. **V904** <br> **Kitchens Of Distinction** <br> **C/O Law Offices Of Jennifer A Thorn** <br> **1391 Main Street, Suite 600** <br> **Springfield, MA  01103** | | | **Money Owed on Judgment** | | | | **5,586.79** |
| ACCOUNT NO. **6011** <br> **Marlin Leasing** <br> **POB 13604** <br> **Philadelphia, PA** | | | **Money Owed on Account** | | | | **1,686.91** |
| ACCOUNT NO. <br> **MCMUSA** <br> **Four A Street** <br> **Burlington, MA  01803** | | | **Possible Third Party Claim** | | | | **unknown** |

Sheet no. **6** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **27,801.79**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont

IN RE **Berry, David W Sr.**
_____
Debtor(s)

Case No. **09-31231**
                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5004**<br>**Mt. View Landscapes & Lawncare**<br>**67 Old James Street**<br>**Chicopee, MA  01020** | | | **Money Owed on Account** | | | | **21,958.00** |
| ACCOUNT NO.<br>**Newbury Design Associates**<br>**205 Newbury Street**<br>**Framingham, MA  01701** | | | **Possible Claim** | | | | **unknown** |
| ACCOUNT NO. **7313**<br>**Northeast Fasteners Co.**<br>**POB 5091**<br>**Granby, MA  01033** | | | **Money owed on Account** | | | | **251.43** |
| ACCOUNT NO. **berr**<br>**O'reilly, Talbot & Okun, Assoc.**<br>**293 Bridge Street**<br>**Springfield, MA  01103** | | | **Money owed on Account** | | | | **17,925.61** |
| ACCOUNT NO. **1717**<br>**OneBeacon Insurance**<br>**C/O RMS**<br>**POB 5471**<br>**Mount Laurel, NJ  08054** | | | **Money owed on Account** | | | | **818.00** |
| ACCOUNT NO. **2122**<br>**Plymouth Rock Assurance Co.**<br>**C/O CCS**<br>**POB 55126**<br>**Boston, MA  02205** | | | **Money Owed on Account** | | | | **57.77** |
| ACCOUNT NO.<br>**Quality Fence & Tree Service**<br>**POB 3158**<br>**Springfield, MA  01101** | | | **Money owed on Account** | | | | **6,982.35** |

Sheet no. **7** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **47,993.16**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont

IN RE **Berry, David W Sr.**
_____
Debtor(s)

Case No. **09-31231**
_____
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1120**<br>**Rebath Of Western Massachusetts**<br>**730 Tyler Street**<br>**Pittsfield, MA  01201** | | | Money owed on Account | | | | **500.00** |
| ACCOUNT NO.<br>**Riverbend Medical Group**<br>**444 Montgomery Street**<br>**Chicopee, MA  01020** | | | Possible Claim for Damages | | | | **unknown** |
| ACCOUNT NO.<br>**Salt City, Inc.**<br>**POB 697**<br>**Southwick, MA  01077** | | | Money Owed on Account | | | | **6,050.05** |
| ACCOUNT NO. **RRDA**<br>**Sanford & Hawley**<br>**POB 545**<br>**Unionville, CT  06085** | | | Money Owed on Account | | | | **8,351.10** |
| ACCOUNT NO. **0102**<br>**Southwick Electric**<br>**C/O Bacon & Wilson**<br>**33 State Street**<br>**Springfield, MA  01103** | | | Money Owed on Judgment | | | | **13,200.00** |
| ACCOUNT NO. **1827**<br>**Sprint**<br>**POB 8077**<br>**London, KY  40742** | | | Telephone Bill | | | | **2,320.86** |
| ACCOUNT NO. **9258**<br>**The Blue Book**<br>**POB 500**<br>**Jefferson Valley, NY  10535** | | | Money Owed on Account | | | | **568.40** |

Sheet no. **8** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **30,990.41**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Berry, David W Sr.** _____   Case No. **09-31231**
                    Debtor(s)                                          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**The Lane Construction Corporation**<br>**90 Fieldstone Court**<br>**Cheshire, CT  06410** | | | Money Owed On Account | | | | 50,181.60 |
| ACCOUNT NO. **1593**<br>**The Republican**<br>**C/O Joseph, Mann & Creed**<br>**POB 22253**<br>**Beachwood, OH  44122** | | | Money owed for Advertising | | | | 1,213.26 |
| ACCOUNT NO. **6464**<br>**Travelers Insurance Company**<br>**C/O CCS**<br>**POB 55126**<br>**Boston, MA  02205** | | | Money Owed on Account | | | | 212.00 |
| ACCOUNT NO. **5201**<br>**United Rentals**<br>**C/O CCC Of NY**<br>**POB 288**<br>**Tonawanda, NY  14150** | | | Money owed on Account | | | | 947.10 |
| ACCOUNT NO. **7599**<br>**Vellano Bros., Inc.**<br>**7 Hemlock Street**<br>**Latham, NY  12110** | | | Money owed on Account | | | | 36,628.63 |
| ACCOUNT NO. **454Y**<br>**Verizon**<br>**POB 28003**<br>**Lehigh Valley, PA  18002** | | | Telephone Bill | | | | 36.96 |
| ACCOUNT NO. **0091**<br>**Verizon**<br>**POB 1100**<br>**Albany, NY  12250** | | | Telephone Bill | | | | 1,150.07 |

Sheet no. **9** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **90,369.62**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE Berry, David W Sr.
_____
Debtor(s)

Case No. **09-31231**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Wells Fargo** <br> **POB 660217** <br> **Dallas, TX  75266** | | | Line of Credit | | | | 31,520.09 |
| ACCOUNT NO. <br> **Western Mass Magnetic Resonance Services** <br> **600 Federal Street** <br> **Andover, MA  01810** | | | Possible Claim for Damages | | | | **unknown** |
| ACCOUNT NO. **5092** <br> **Western Massachusetts Electric** <br> **Credit And Collections Center** <br> **POB 150494** <br> **Hartford, CT  06115** | | | Utility Bill | | | | 532.83 |
| ACCOUNT NO. **3186** <br> **Westfield Ready Mix, Inc.** <br> **652 Prospect Street** <br> **Chicopee, MA  01020** | | | Money Owed on Account | | | | 1,764.00 |
| ACCOUNT NO. **1122** <br> **Westfield Transit Mix** <br> **C/O DPC Enterprises, Inc.** <br> **POB 344** <br> **Farmington, CT  06034** | | | Money Owed on Account | | | | 2,418.68 |
| ACCOUNT NO. **0304** <br> **William F. Sullivan Company** <br> **C/O Smith, Levenson, Cullen & Aylward** <br> **5 Essex Green Drive** <br> **Peabody, MA  01960** | | | Money Owed on Account | | | | 2,422.23 |
| ACCOUNT NO. | | | | | | | |

Sheet no. **10** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **38,657.83**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **592,927.94**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Massachusetts**

**IN RE:**                                                            Case No. **09-31231**

**Berry, David W Sr.**                                                Chapter **7**
                        Debtor(s)

## AMENDED VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **August 11, 2010**          Signature: */s/ David W Berry, Sr.*
                                **David W Berry, Sr.**                                    Debtor

Date: _____          Signature: _____
                                                                        Joint Debtor, if any

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

3SM Marble & Granite Co.
275 N. Elm Street
Westfield, MA   01085


A.I.M. Mutual Insurance Company
C/O Paul S. Kaufman
482 Broadway
Somerville, MA   02145


ADT Security Services
C/O Valentine & Kebartas
POB 325
Lawrence, MA   01842


Alliance Imaging
C/O Posternak, Blankstein & Lund
800 Boylston Street
Boston, MA   02199


Ambient Engineering
100 Main Street, Suite 330
Concord, MA   01742


American Express
POB 1270
Newark, NJ   07101


American Express
C/O Zwicker & Associates
80 Minuteman Road
Andover, MA   01810


Arrow Concrete Products, Inc.
560 Salmon Brook Street
Granby, CT   06035

```
Bank Of America
POB 15220
Wilmington, DE  19886


Bank Of America
POB 15726
Wilmington, DE  19886


Berkshire Bank
POB 1308
Pittsfield, MA  01202


Bulkley, Richardson & Gelinas, LLP
POB 15507
Springfield, MA  01115


Caterpillar Financial Services Corp.
POB 340001
Nashville, TN  37203


Caterpillar Financial Services Corp.
POB 13834
Newark, NJ  07188


Chartis
22427 Network Place
Chicago, IL  60673


Chase Auto Finance
POB 78067
Phoenix, AZ  85062


Chase Cardmember Service
POB 15153
Wilmington, DE  19886
```

Chase Home Finance
POB 78420
Phoenix, AZ   85062


Chicopee Concrete Service
652 Prospect Street
Chicopee, MA   01020


CIT
10201 Centurion Pkwy, Suite 100
Jacksonville, FL   32256


City Tire Co., Inc.
POB 2469
Springfield, MA   01101


Complete Disposal Co.
POB 1418
Westfield, MA   01086


Construction Data Co.
2001 9th Ave., Suite 209
Vero Beach, FL   32960


Cook Builders' Supply Company
C/O Resnic, Beauregard, Waite & Driscoll
330 Whitney Avenue, Suite 400
Holyoke, MA   01040


CT Radio, Repeaters
POB 487
Rocky Hill, CT   06067


David Sutton Heating
207 Mort Vining Road
Southwick, MA   01077

DTC Engineers Constructors, LLC
C/O Pepe & Hazard LLP
One Financial Center, 15th Floor
Boston, MA  02111


Eastern Bank
POB 843350
Boston, MA  02284


Everett J. Prescott, Inc.
POB 600
Gardiner, ME  04345


Fallon Community Health Plan
POB 55472
Boston, MA  02205


FCC Equipment Financing
POB 56347
Jacksonville, FL  32241


Ford Credit
POB 94380
Palatine, IL  60094


Frank L. Ferrara Spring Works
3 Amboy Court
Springfield, MA  01105


Fuel Services, Inc.
C/O Thompson & Bell
358 Sewall Street
Ludlow, MA  01056

G & M Enterprises, Inc./Mr. Gutter
740 High Street, Suite 2
Holyoke, MA   01040


GE Capital
POB 6229
Carol Stream, IL   60197


Genalco, Inc.
333 Reservoir Street
Needham Heights, MA   02494


Genuine Part Company
C/O Law Offices Of Serota, Dorko & Assoc
POB 1008
Arlington Heights, IL   60006


Grand Lumber Company, Inc.
C/O Bohnet & Romani, P.A.
16 King Street
Palmer, MA   01069


Hang-Rite Gutter Installation Co.
37 South Meadow Road
Westfield, MA   01085


Hanson Pipe
POB 730498
Dallas, TX   75373


Harley Davidson Credit
POB 15129
Palatine, IL   60055

Heritage Surveys, Inc.
POB 1
Southampton, MA   01073


Holmberg & Howe, Inc.
POB 945
Easthampton, MA   01027


HSBC Mortgage Corp.
POB 4552
Buffalo, NY   14240


Idearc Media Corp.
Attn: Acct Receivable
POB 619009
DFW Airport, TX   75261


Idearc Media LLC
C/O American Recovery Services, Inc.
555 St. Charles Drive, Suite 100
Thousand Oaks, CA   91360


Insurance Partnership
Employee Benefit Resources
2 Hampshire Street
Foxboro, MA   02035


Internal Revenue Service
Insolvency Group
POB 9112
Boston, MA   02203


Internal Reveune Service
Insolvency Group
POB 9112
Boston, MA   02203

JAV Family Limited Partnership
C/O Joanna Cobleigh, Esq.
501 Belmont Avenue
Springfield, MA   01108


John S. Lane & Son, Inc.
POB 125
Westfield, MA   01086


Keith Guilmette
C/O Donohue, Hyland & Donohue, P.C.
1707 Northampton Street
Holyoke, MA   01040


Kitchens Of Distinction
C/O Law Offices Of Jennifer A Thorn
1391 Main Street, Suite 600
Springfield, MA   01103


Massachusetts Department Of Revenue
Bankruptcy Unit
POB 9564
Boston, MA   02114


Massachusetts Dept. Of Workforce Develop
19 Staniford Street
Boston, MA   02114


MCMUSA
Four A Street
Burlington, MA   01803


Mt. View Landscapes & Lawncare
67 Old James Street
Chicopee, MA   01020

Newbury Design Associates
205 Newbury Street
Framingham, MA   01701


Northeast Fasteners Co.
POB 5091
Granby, MA   01033


O'reilly, Talbot & Okun, Assoc.
293 Bridge Street
Springfield, MA   01103


Ocwen
POB 6440
Carol Stream, IL   60197


OneBeacon Insurance
C/O RMS
POB 5471
Mount Laurel, NJ   08054


Plymouth Rock Assurance Co.
C/O CCS
POB 55126
Boston, MA   02205


Quality Fence & Tree Service
POB 3158
Springfield, MA   01101


Rebath Of Western Massachusetts
730 Tyler Street
Pittsfield, MA   01201

Riverbend Medical Group
444 Montgomery Street
Chicopee, MA   01020


Rodman Financial Corp.
131 Dartmouth Street, Suite 101
Boston, MA   02116


Salt City, Inc.
POB 697
Southwick, MA   01077


Sanford & Hawley
POB 545
Unionville, CT   06085


Saxon Mortgage Services
POB 161489
Ft. Worth, TX   76161


Southwick Electric
C/O Bacon & Wilson
33 State Street
Springfield, MA   01103


Sprint
POB 8077
London, KY   40742


The Blue Book
POB 500
Jefferson Valley, NY   10535


The Lane Construction Corporation
90 Fieldstone Court
Cheshire, CT   06410

The Republican
C/O Joseph, Mann & Creed
POB 22253
Beachwood, OH  44122


Travelers Insurance Company
C/O CCS
POB 55126
Boston, MA  02205


United Rentals
C/O CCC Of NY
POB 288
Tonawanda, NY  14150


Vellano Bros., Inc.
7 Hemlock Street
Latham, NY  12110


Verizon
POB 28003
Lehigh Valley, PA  18002


Verizon
POB 1100
Albany, NY  12250


Wells Fargo
POB 660217
Dallas, TX  75266


Western Mass Magnetic Resonance Services
600 Federal Street
Andover, MA  01810

```
Western Massachusetts Electric
Credit And Collections Center
POB 150494
Hartford, CT  06115


Westfield Ready Mix, Inc.
652 Prospect Street
Chicopee, MA  01020


Westfield Transit Mix
C/O DPC Enterprises, Inc.
POB 344
Farmington, CT  06034


William F. Sullivan Company
C/O Smith, Levenson, Cullen & Aylward
5 Essex Green Drive
Peabody, MA  01960
```

_____
Debtor(s)

Case No. **09-31231**
                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___11___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August 11, 2010**_____   Signature: _**/s/ David W Berry, Sr.**_____
                                                    **David W Berry, Sr.**                              Debtor

Date: _____   Signature: _____
                                                                                              (Joint Debtor, if any)
                                                                    [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____

_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                                               Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____

                                                    _____
                                                                    (Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Massachusetts**

IN RE:                                                          Case No. **09-31231**

**Berry, David W Sr.**                                          Chapter **7**
_____
Debtor(s)

**DECLARATION RE: ELECTRONIC FILING**

PART I- DECLARATION

I [We] **David W Berry, Sr.**_____ and _____ , hereby
declare(s) under penalty of perjury that all of the information contained in my **Amended Matrix and Schedule F**
(singly or jointly the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be
filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure
to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied,
without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(b) all paper documents
containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property
of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after
the closing of this case.

Dated: **August 11, 2010**_____     Signed: _____
                                                         Affiant

                                              Signed: _____
                                                         Joint Affiant

PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and
this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and
standing order. This DECLARATION is based on all information of which I have knowledge and my signature below
constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the
provisions of MEFR 7.

Dated: **August 11, 2010**_____     Signed: _____
                                                         Attorney for Affiant
                                                         James P. Ehrhard 651797
                                                         Ehrhard & Associates, PC
                                                         418 Main Street, 4th Floor
                                                         Worcester, MA  01608
                                                         (508) 791-8411
                                                         ehrhard@ehrhardlaw.com

© 1993-2010 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only