B6F (Official Form 6F) (12/07)

IN RE **Berry, David W Sr.** _____    Case No. **09-31231** _____
                                                Debtor(s)                                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **berr** <br> **3SM Marble & Granite Co.** <br> **275 N. Elm Street** <br> **Westfield, MA  01085** | | | **Money Owed on Account** | | | | **7,912.85** |
| ACCOUNT NO. **0980** <br> **A.I.M. Mutual Insurance Company** <br> **C/O Paul S. Kaufman** <br> **482 Broadway** <br> **Somerville, MA  02145** | | | **Money Owed on Insurance Premiums** | | | | **10,414.00** |
| ACCOUNT NO. **5000** <br> **ADT Security Services** <br> **C/O Valentine & Kebartas** <br> **POB 325** <br> **Lawrence, MA  01842** | | | **Money owed on Account** | | | | **5,818.79** |
| ACCOUNT NO. <br> **Alliance Imaging** <br> **C/O Posternak, Blankstein & Lund** <br> **800 Boylston Street** <br> **Boston, MA  02199** | | | **Possible Claim Against Debtor** | | | | **unknown** |

    **10** continuation sheets attached

Subtotal (Total of this page) $ **24,145.64**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.
Case 09-31231  Doc 377-1  Filed 01/07/11  Entered 01/07/11 09:26:44  Desc Exhibit
Amended Schedule F  Declaration Concerning Schedules and Declaration Re:  Page 2 of 13

IN RE **Berry, David W Sr.** _____  Case No. **09-31231**
             Debtor(s)                                        (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ambient Engineering**<br>**100 Main Street, Suite 330**<br>**Concord, MA  01742** | | | **Potential Claim** | | | | **unknown** |
| ACCOUNT NO. **4003**<br>**American Express**<br>**POB 1270**<br>**Newark, NJ  07101** | | | **Credit card purchases** | | | | **500.00** |
| ACCOUNT NO. **4794**<br>**American Express**<br>**C/O Zwicker & Associates**<br>**80 Minuteman Road**<br>**Andover, MA  01810** | | | **Credit Card Purchases** | | | | **22,946.10** |
| ACCOUNT NO. **1008**<br>**American Express**<br>**POB 1270**<br>**Newark, NJ  07101** | | | **Credit Card Purchases** | | | | **unknown** |
| ACCOUNT NO. **1074**<br>**Arrow Concrete Products, Inc.**<br>**560 Salmon Brook Street**<br>**Granby, CT  06035** | | | **Money owed on Account** | | | | **6,106.03** |
| ACCOUNT NO. **7155**<br>**Bank Of America**<br>**POB 15726**<br>**Wilmington, DE  19886** | | | **Credit card purchases** | | | | **16,215.73** |
| ACCOUNT NO. **4070**<br>**Bank Of America**<br>**POB 15726**<br>**Wilmington, DE  19886** | | | **Credit card purchases** | | | | **15,377.48** |

Sheet no. __**1**__ of __**10**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **61,145.34**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Berry, David W Sr.**     Case No. **09-31231**
            Debtor(s)             (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0001** <br> **Bulkley, Richardson & Gelinas, LLP** <br> **POB 15507** <br> **Springfield, MA 01115** | | | **Legal Fees** | | | | **4,725.89** |
| ACCOUNT NO. **8234** <br> **Chartis** <br> **22427 Network Place** <br> **Chicago, IL 60673** | | | **Money Owed on Account** | | | | **6,155.00** |
| ACCOUNT NO. **8695** <br> **Chase Cardmember Service** <br> **POB 15153** <br> **Wilmington, DE 19886** | | | **Credit card purchases** | | | | **12,830.68** |
| ACCOUNT NO. **4995** <br> **Chase Home Finance** <br> **POB 78420** <br> **Phoenix, AZ 85062** | | | **Mortgage 69 Will Palmer Road, Southwick, which was transferred to David Berry, Jr. in 2007** | | | | **60,995.18** |
| ACCOUNT NO. **3186** <br> **Chicopee Concrete Service** <br> **652 Prospect Street** <br> **Chicopee, MA 01020** | | | **Money Owed on Account** | | | | **10,998.86** |
| ACCOUNT NO. **2927** <br> **City Tire Co., Inc.** <br> **POB 2469** <br> **Springfield, MA 01101** | | | **Money Owed on Account** | | | | **4,917.03** |
| ACCOUNT NO. **2035** <br> **City Tire Co., Inc.** <br> **POB 2469** <br> **Springfield, MA 01101** | | | **Money Owed on Account** | | | | **3,019.79** |

Sheet no. **2** of **10** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **103,642.43**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case 09-31231  Doc 377-1  Filed 01/07/11  Entered 01/07/11 09:26:44  Desc Exhibit
Amended Schedule F  Declaration Concerning Schedules and Declaration Re:  Page 4 of 13

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Berry, David W Sr.**                                              Case No. **09-31231**
         Debtor(s)                                                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6344** <br> **Complete Disposal Co.** <br> **POB 1418** <br> **Westfield, MA  01086** | | | **Money owed on Account** | | | | **6,500.00** |
| ACCOUNT NO. **9021** <br> **Construction Data Co.** <br> **2001 9th Ave., Suite 209** <br> **Vero Beach, FL  32960** | | | **Money owed on Account** | | | | **1,363.89** |
| ACCOUNT NO. **4269** <br> **Cook Builders' Supply Company** <br> **C/O Resnic, Beauregard, Waite & Driscoll** <br> **330 Whitney Avenue, Suite 400** <br> **Holyoke, MA  01040** | | | **Money owed on Account** | | | | **3,305.13** |
| ACCOUNT NO.  **Son** <br> **CT Radio, Repeaters** <br> **POB 487** <br> **Rocky Hill, CT  06067** | | | **Money Owed on Account** | | | | **1,320.06** |
| ACCOUNT NO. **berr** <br> **David Sutton Heating** <br> **207 Mort Vining Road** <br> **Southwick, MA  01077** | | | **Money Owed on Account** | | | | **2,000.00** |
| ACCOUNT NO. **0080** <br> **DTC Engineers Constructors, LLC** <br> **C/O Pepe & Hazard LLP** <br> **One Financial Center, 15th Floor** <br> **Boston, MA  02111** | | | **Civil Lawsuit in U.S. District Court** | | | | **unknown** |
| ACCOUNT NO. **3681** <br> **Everett J. Prescott, Inc.** <br> **POB 600** <br> **Gardiner, ME  04345** | | | **Money Owed on Account** | | | | **10,570.83** |

Sheet no. __3__ of __10__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $ **25,059.91**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Berry, David W Sr.**     Case No. **09-31231**
        Debtor(s)         (If known)

Case 09-31231   Doc 377-1   Filed 01/07/11   Entered 01/07/11 09:26:44   Desc Exhibit Amended Schedule F    Declaration Concerning Schedules and Declaration Re:    Page 5 of 13

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4496**<br>**Fallon Community Health Plan**<br>**POB 55472**<br>**Boston, MA 02205** | | | **Money Owed on Account** | | | | **13,057.75** |
| ACCOUNT NO. **7961**<br>**Fallon Community Health Plan**<br>**POB 55472**<br>**Boston, MA 02205** | | | **Money Owed on Account** | | | | **1,312.57** |
| ACCOUNT NO. **berr**<br>**Frank L. Ferrara Spring Works**<br>**3 Amboy Court**<br>**Springfield, MA 01105** | | | **Money owed on Account** | | | | **6,077.75** |
| ACCOUNT NO. **V823**<br>**Fuel Services, Inc.**<br>**C/O Thompson & Bell**<br>**358 Sewall Street**<br>**Ludlow, MA 01056** | | | **Money owed on judgment** | | | | **4,933.00** |
| ACCOUNT NO.<br>**G & M Enterprises, Inc./Mr. Gutter**<br>**740 High Street, Suite 2**<br>**Holyoke, MA 01040** | | | **Money owed on Account** | | | | **1,201.25** |
| ACCOUNT NO. **1408**<br>**Genalco, Inc.**<br>**333 Reservoir Street**<br>**Needham Heights, MA 02494** | | | **Money owed on Account** | | | | **971.30** |
| ACCOUNT NO. **6160**<br>**Genuine Part Company**<br>**C/O Law Offices Of Serota, Dorko & Assoc**<br>**POB 1008**<br>**Arlington Heights, IL 60006** | | | **Money Owed on Account** | | | | **815.85** |

Sheet no. _____**4**_____ of _____**10**_____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **28,369.47**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.
Case 09-31231    Doc 377-1    Filed 01/07/11    Entered 01/07/11 09:26:44    Desc Exhibit
Amended Schedule F    Declaration Concerning Schedules and Declaration Re:    Page 6 of 13

IN RE **Berry, David W Sr.**                                                                        Case No. **09-31231**
                            Debtor(s)                                                                                (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0197**<br>**Grand Lumber Company, Inc.**<br>**C/O Bohnet & Romani, P.A.**<br>**16 King Street**<br>**Palmer, MA 01069** | | | **Money owed on Account** | | | | **21,449.81** |
| ACCOUNT NO. **berr**<br>**Hang-Rite Gutter Installation Co.**<br>**37 South Meadow Road**<br>**Westfield, MA 01085** | | | **Money Owed on Account** | | | | **285.00** |
| ACCOUNT NO. **6081**<br>**Hanson Pipe**<br>**POB 730498**<br>**Dallas, TX 75373** | | | **Money owed on Account** | | | | **72,009.06** |
| ACCOUNT NO. **berr**<br>**Heritage Surveys, Inc.**<br>**POB 1**<br>**Southampton, MA 01073** | | | **Money Owed on Account** | | | | **11,030.46** |
| ACCOUNT NO.<br>**Holmberg & Howe, Inc.**<br>**POB 945**<br>**Easthampton, MA 01027** | | | **Money owed on Account** | | | | **2,038.02** |
| ACCOUNT NO. **2850**<br>**Idearc Media LLC**<br>**C/O American Recovery Services, Inc.**<br>**555 St. Charles Drive, Suite 100**<br>**Thousand Oaks, CA 91360** | | | **Money owed on Account for Advertising** | | | | **7,939.99** |
| ACCOUNT NO.<br>**Idearc Media Corp.**<br>**Attn: Acct Receivable**<br>**POB 619009**<br>**DFW Airport, TX 75261** | | | **Assignee or other notification for:**<br>**Idearc Media LLC** | | | | |

Sheet no. __5__ of __10__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **114,752.34**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Berry, David W Sr.**                                                                        Case No. **09-31231**
                                Debtor(s)                                                (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0669**<br>**Insurance Partnership**<br>**Employee Benefit Resources**<br>**2 Hampshire Street**<br>**Foxboro, MA  02035** | | | **Money Owed on Account** | | | | **1,571.32** |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**Insolvency Group**<br>**POB 9112**<br>**Boston, MA  02203** | | | | | | | **38.06** |
| ACCOUNT NO. **9235**<br>**John S. Lane & Son, Inc.**<br>**POB 125**<br>**Westfield, MA  01086** | | | **Money owed on Account** | | | | **6,718.71** |
| ACCOUNT NO.<br>**Keith Guilmette**<br>**C/O Donohue, Hyland & Donohue, P.C.**<br>**1707 Northampton Street**<br>**Holyoke, MA  01040** | | | **Money Owed on Settlement** | | | | **12,200.00** |
| ACCOUNT NO.<br>**Kelli Hubbard Lucia**<br>**81 Roosevelt Avenue**<br>**Westfield, MA  01085** | | | **Money Owed** | | | | **unknown** |
| ACCOUNT NO. **V904**<br>**Kitchens Of Distinction**<br>**C/O Law Offices Of Jennifer A Thorn**<br>**1391 Main Street, Suite 600**<br>**Springfield, MA  01103** | | | **Money Owed on Judgment** | | | | **5,586.79** |
| ACCOUNT NO. **6011**<br>**Marlin Leasing**<br>**POB 13604**<br>**Philadelphia, PA** | | | **Money Owed on Account** | | | | **1,686.91** |

Sheet no. **6** of **10** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **27,801.79**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.
Case 09-31231   Doc 377-1   Filed 01/07/11   Entered 01/07/11 09:26:44   Desc Exhibit
Amended Schedule F   Declaration Concerning Schedules and Declaration Re:   Page 8 of 13
IN RE **Berry, David W Sr.** _____ Case No. **09-31231** _____
  Debtor(s)                                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**MCMUSA**<br>**Four A Street**<br>**Burlington, MA  01803** | | | **Possible Third Party Claim** | | | | **unknown** |
| ACCOUNT NO. **5004**<br>**Mt. View Landscapes & Lawncare**<br>**67 Old James Street**<br>**Chicopee, MA  01020** | | | **Money Owed on Account** | | | | **21,958.00** |
| ACCOUNT NO.<br>**Newbury Design Associates**<br>**205 Newbury Street**<br>**Framingham, MA  01701** | | | **Possible Claim** | | | | **unknown** |
| ACCOUNT NO. **7313**<br>**Northeast Fasteners Co.**<br>**POB 5091**<br>**Granby, MA  01033** | | | **Money owed on Account** | | | | **251.43** |
| ACCOUNT NO. **berr**<br>**O'reilly, Talbot & Okun, Assoc.**<br>**293 Bridge Street**<br>**Springfield, MA  01103** | | | **Money owed on Account** | | | | **17,925.61** |
| ACCOUNT NO. **1717**<br>**OneBeacon Insurance**<br>**C/O RMS**<br>**POB 5471**<br>**Mount Laurel, NJ  08054** | | | **Money owed on Account** | | | | **818.00** |
| ACCOUNT NO. **2122**<br>**Plymouth Rock Assurance Co.**<br>**C/O CCS**<br>**POB 55126**<br>**Boston, MA  02205** | | | **Money Owed on Account** | | | | **57.77** |

Sheet no. __**7**__ of __**10**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **41,010.81**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.
Case 09-31231  Doc 377-1  Filed 01/07/11  Entered 01/07/11 09:26:44  Desc Exhibit
Amended Schedule F  Declaration Concerning Schedules and Declaration Re:  Page 9 of 13

IN RE **Berry, David W Sr.**     Case No. **09-31231**
            Debtor(s)                          (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Quality Fence & Tree Service** <br> **POB 3158** <br> **Springfield, MA 01101** | | | **Money owed on Account** | | | | **6,982.35** |
| ACCOUNT NO. **1120** <br> **Rebath Of Western Massachusetts** <br> **730 Tyler Street** <br> **Pittsfield, MA 01201** | | | **Money owed on Account** | | | | **500.00** |
| ACCOUNT NO. <br> **Riverbend Medical Group** <br> **444 Montgomery Street** <br> **Chicopee, MA 01020** | | | **Possible Claim for Damages** | | | | **unknown** |
| ACCOUNT NO. <br> **Salt City, Inc.** <br> **POB 697** <br> **Southwick, MA 01077** | | | **Money Owed on Account** | | | | **6,050.05** |
| ACCOUNT NO. **RRDA** <br> **Sanford & Hawley** <br> **POB 545** <br> **Unionville, CT 06085** | | | **Money Owed on Account** | | | | **8,351.10** |
| ACCOUNT NO. **0102** <br> **Southwick Electric** <br> **C/O Bacon & Wilson** <br> **33 State Street** <br> **Springfield, MA 01103** | | | **Money Owed on Judgment** | | | | **13,200.00** |
| ACCOUNT NO. **1827** <br> **Sprint** <br> **POB 8077** <br> **London, KY 40742** | | | **Telephone Bill** | | | | **2,320.86** |

Sheet no. **8** of **10** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **37,404.36**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case 09-31231    Doc 377-1    Filed 01/07/11    Entered 01/07/11 09:26:44    Desc Exhibit
Amended Schedule F    Declaration Concerning Schedules and Declaration Re:    Page 10 of 13

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Berry, David W Sr.**                                                    Case No. **09-31231**
                    Debtor(s)                                                        (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9258**<br>**The Blue Book**<br>**POB 500**<br>**Jefferson Valley, NY 10535** | | | **Money Owed on Account** | | | | **568.40** |
| ACCOUNT NO.<br>**The Lane Construction Corporation**<br>**90 Fieldstone Court**<br>**Cheshire, CT 06410** | | | **Money Owed On Account** | | | | **50,181.60** |
| ACCOUNT NO. **1593**<br>**The Republican**<br>**C/O Joseph, Mann & Creed**<br>**POB 22253**<br>**Beachwood, OH 44122** | | | **Money owed for Advertising** | | | | **1,213.26** |
| ACCOUNT NO. **6464**<br>**Travelers Insurance Company**<br>**C/O CCS**<br>**POB 55126**<br>**Boston, MA 02205** | | | **Money Owed on Account** | | | | **212.00** |
| ACCOUNT NO. **5201**<br>**United Rentals**<br>**C/O CCC Of NY**<br>**POB 288**<br>**Tonawanda, NY 14150** | | | **Money owed on Account** | | | | **947.10** |
| ACCOUNT NO. **7599**<br>**Vellano Bros., Inc.**<br>**7 Hemlock Street**<br>**Latham, NY 12110** | | | **Money owed on Account** | | | | **36,628.63** |
| ACCOUNT NO. **454Y**<br>**Verizon**<br>**POB 28003**<br>**Lehigh Valley, PA 18002** | | | **Telephone Bill** | | | | **36.96** |

Sheet no. ___9___ of ___10___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **89,787.95**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Berry, David W Sr.** / Debtor(s)     Case No. **09-31231** (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0091** <br> **Verizon** <br> **POB 1100** <br> **Albany, NY 12250** | | | Telephone Bill | | | | 1,150.07 |
| ACCOUNT NO. <br> **Wells Fargo** <br> **POB 660217** <br> **Dallas, TX 75266** | | | Line of Credit | | | | 31,520.09 |
| ACCOUNT NO. <br> **Western Mass Magnetic Resonance Services** <br> **600 Federal Street** <br> **Andover, MA 01810** | | | Possible Claim for Damages | | | | unknown |
| ACCOUNT NO. **5092** <br> **Western Massachusetts Electric** <br> **Credit And Collections Center** <br> **POB 150494** <br> **Hartford, CT 06115** | | | Utility Bill | | | | 532.83 |
| ACCOUNT NO. **3186** <br> **Westfield Ready Mix, Inc.** <br> **652 Prospect Street** <br> **Chicopee, MA 01020** | | | Money Owed on Account | | | | 1,764.00 |
| ACCOUNT NO. **1122** <br> **Westfield Transit Mix** <br> **C/O DPC Enterprises, Inc.** <br> **POB 344** <br> **Farmington, CT 06034** | | | Money Owed on Account | | | | 2,418.68 |
| ACCOUNT NO. **0304** <br> **William F. Sullivan Company** <br> **C/O Smith, Levenson, Cullen & Aylward** <br> **5 Essex Green Drive** <br> **Peabody, MA 01960** | | | Money Owed on Account | | | | 2,422.23 |

Sheet no. __10__ of __10__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **39,807.90**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **592,927.94**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

Case 09-31231  Doc 377-1  Filed 01/07/11  Entered 01/07/11 09:26:44  Desc Exhibit
Amended Schedule F  Declaration Concerning Schedules and Declaration Re:  Page 12 of 13

IN RE **Berry, David W Sr.** _____ Case No. **09-31231** _____
                          Debtor(s)                                      (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __11__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **January 7, 2011** _____ Signature: **/s/ David W Berry, Sr.** _____
                                                   **David W Berry, Sr.**                        Debtor

Date: _____ Signature: _____
                                                                                             (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____       _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

Address

_____

_____           _____
Signature of Bankruptcy Petition Preparer                                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____ Signature: _____

                                                                                            (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Massachusetts**

IN RE:                                                                 Case No. **09-31231**

**Berry, David W Sr.**                                                 Chapter **7**
_____
Debtor(s)

## DECLARATION RE: ELECTRONIC FILING

### PART I- DECLARATION

I [We] **David W Berry, Sr.** _____ and _____, hereby declare(s) under penalty of perjury that all of the information contained in my **Amended Schedule F and Matrix** (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(b) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: **January 7, 2011**              Signed: _____
                                                Affiant

                                        Signed: _____
                                                Joint Affiant

### PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated: **January 7, 2011**              Signed: _____
                                                Attorney for Affiant
                                                James P. Ehrhard 651797
                                                Ehrhard & Associates, PC
                                                418 Main Street, 4th Floor
                                                Worcester, MA 01608
                                                (508) 791-8411
                                                ehrhard@ehrhardlaw.com